# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY WILLIS, JR.,<br><br>                    Plaintiff,<br>vs.<br><br>JEANNE WOODFORD, Director, et al.,<br><br>                    Defendant. | CASE NO. 05CV0358-H (AJB)<br><br>**ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY** |

       On October 16, 2006, Petitioner Leroy Willis Jr. ("Petitioner") submitted a document which the Court construes as an application for a certificate of appealability. Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 on February 22, 2005. (Doc. No. 1.) On March 28, 2006, the Court denied the petition. (Doc. No. 22.)

       Under 28 U.S.C. § 2253(c)(2), a court will not issue a certificate unless "the applicant has made a substantial showing of the denial of a constitutional right." Petitioner offers the United States Supreme Court's decision in Fally v. Connecticut, 375 U.S. 85 (1963) in support of his application. As he did in his petition for § 2254 habeas relief, Petitioner now argues that the state should have preserved the currency used in the underlying narcotics transaction for trial in violation of the rule set forth in Brady v. Maryland, 373 U.S. 83 (1963), that the prosecution produce or disclose all

material exculpatory information. However, as the Court explained in its order denying his habeas petition, Petitioner failed to demonstrate that the currency held any substantial exculpatory value. The Court noted that if the prosecution had produced the currency at trial, it would have had an inculpatory effect. Accordingly, the Court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right and **DENIES** the application for a certificate of appealability.

IT IS SO ORDERED.

DATED: October 18, 2006

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**COPIES TO:**
Leroy Willis, Jr.
Prisoner # 5140798
San Diego City Jail
P.O. Box 122952
San Diego, CA 92112

Attorney General
State of California
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101-5266